UNITED STATES DISTRICT COURT
525 Magoffin, Ste 105
El Paso, Texas 79901
William G. Putnicki
Clerk of Court
June 19, 2013

James A. Byrne
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Subject: Reidar Carroll Arden; EP-13-CV-177-FM

The above has been transferred to your Court. Enclosed, please find a certified copy of the transfer order and the docket sheet.

You may access electronically filed documents for this case at our DCN CM/ECF web address:

http://156.124.11.153/MyDocketSheet/mydocketsheet.aspx

Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of the enclosed transfer order, docket sheet and original documents, if any, by signing and returning the enclosed copy of this letter to the divisional office and address listed above.

IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court of El Paso, on June 19, 2013.

WILLIAM G. PUTNICKI,
CLERK

BY: *Jaime Galaviz*
Jaime Galaviz, Deputy

Please acknowledge receipt on the enclosed copy of this letter and return in the SASE.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2013 JUN 18  PM 4:20

CLERK, US DISTRICT COURT
ESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | |
|---|---|
| REIDAR CARROLL ARDEN | § |
| | § |
| v. | §    EP-13-CV-00177-FM |
| | § |
| UNITED STATES OF AMERICA. | § |

## TRANSFER ORDER

In a *pro se* motion to proceed *in forma pauperis*, Petitioner Reidar Carroll Arden ("Arden") seeks leave to pursue, without prepaying costs or fees, a complaint under the Freedom of Information Act, 5 U.S.C. § 552. In his complaint, Arden asks the Court to order the United States of America ("the Government") to produce various documents related to his prosecution in the United States District Court for the Eastern District of Pennsylvania.[1]

The venue provision in 5 U.S.C. § 552 provides:

> On complaint, the district court of the United States in the district in which the complainant resides, or has his principal place of business, or in which the agency records are situated, or in the District of Columbia, has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant.[2]

Arden is a prisoner at the La Tuna Federal Correctional Institution in Anthony, Texas, which is within the territorial confines of the Western District of Texas.[3] Thus, the case is

---

[1] *United States v. Arden*, 2:98-cr-00379-GP-1 (E.D. Pa. July 22, 2009), *aff'd*, No. 08-4415 (3d Cir. July 18, 2011). A jury found Arden guilty on October 24, 2008, of one count of conspiracy to engage in the interstate transportation of stolen checks, in violation of 18 U.S.C. § 371; four counts of interstate transportation of stolen checks, in violation of 18 U.S.C. § 2314; and eight counts of money laundering, in violation of 18 U.S.C. § 1956. The Court sentenced him to an aggregate term of ninety-six months' imprisonment followed by three years' supervised release.

[2] 5 U.S.C. § 552(a)(4)(B) (2006).

[3] 28 U.S.C. § 124(d)(3) (2006).

A true copy of the original, I certify.
Clerk, U. S. District Court

By_____
Deputy

properly before the Court. However, the requested documents, which include financial reimbursement records for witnesses and prosecutors involved in Arden's criminal prosecution, are situated in the United States Attorney's Office for the Eastern District of Pennsylvania.[4] Thus, venue is also proper in the Eastern District of Pennsylvania.

For the "convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."[5] In the instant case, factors favoring a transfer include (1) the relative ease of access to sources of proof, (2) the availability of compulsory process to secure the attendance of witnesses, (3) the cost of attendance for willing witnesses, and (4) all other practical problems that make trial of a case easy, expeditious and inexpensive.[6]

Accordingly, the Court, after due consideration and in the interest of justice, **ORDERS** the District Clerk to **TRANSFER** Arden's motion to proceed *in forma pauperis* and his complaint under the Freedom of Information Act, 5 U.S.C. § 552, to the Eastern District of Pennsylvania.

**SO ORDERED.**

**SIGNED** this _____18_____ day of **June 2013.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[4] 5 U.S.C. § 552(a)(4)(B).

[5] 28 U.S.C. § 1404(a) (2006).

[6] *In re Volkswagen of Am. Inc.*, 506 F.3d 376, 380 (5th Cir. 2007).

RB

Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

JUDGE FRANK MONTALVO

FILED
Page 1 of 5
2013 MAY -8 PM 1:32
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
WESTERN District of TEXAS

REIDAR CARROLL ARDEN
*Plaintiff/Petitioner*
v.
UNITED STATES OF AMERICA
*Defendant/Respondent*

Civil Action No 13 3657

EP13CV0177

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: /s/

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 5-2-2013

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 40 | $ | $ 40 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property *(such as rental income)* | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 50 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |

A true copy of the original, I certify.
Clerk, U. S. District Court
By /s/ Jaime Galvan
Deputy

Case 3:13-cv-00177-FM   Document 1   Filed 05/08/13   Page 2 of 7
Case 2:13-cv-03657-RB   Document 1   Filed 06/24/13   Page 5 of 15

Page 2 of 5

Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0 | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ 0 | $ | $ | $ |
| Other *(specify)*: | $ 0 | $ | $ | $ |
| Total monthly income: | $ 0 | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.  How much cash do you and your spouse have? $ __4.00__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Case 3:13-cv-00177-FM  Document 1  Filed 05/08/13  Page 3 of 7
Case 2:13-cv-03657-RB  Document 1  Filed 06/24/13  Page 6 of 15

Page 3 of 5

Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ 0 |
| Other real estate (Value) | $ 0 |
| Motor vehicle #1 (Value) | $ 0 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ 0 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value) | $ 0 |
| Other assets (Value) | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ 0 | $ |
| | $ 0 | $ |
| | $ 0 | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

Case 2:13-cv-03657-RB Document 1 Filed 06/24/13 Page 7 of 15
Case 3:19-cv-00177-PM Document 1 Filed 05/08/19 Page 4 of 7

Page 4 of 5

Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? ☐ Yes ☐ No  Is property insurance included? ☐ Yes ☐ No | $ 0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 0 | $ |
| Life: | $ 0 | $ |
| Health: | $ 0 | $ |
| Motor vehicle: | $ 0 | $ |
| Other: | $ 2 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | | |
| Motor vehicle: | $ 0 | $ |
| Credit card (name): | $ 0 | $ |
| Department store (name): | $ 0 | $ |
| Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| | $ 0 | $ |

Case 3:13-cv-00177-FM Document 1 Filed 05/08/13 Page 5 of 7
Case 2:13-cv-03657-RB Document 1 Filed 06/24/13 Page 8 of 15

Page 5 of 5

Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0 | $ |
| Other *(specify)*: POSTAGE, TYPING RIBBONS, STATIONARY, COPY CARDS, COURT FEES ETC | $ 75.00 | $ |
| Total monthly expenses: | $ 75.00 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes  ☒ No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

    If yes, how much? $ _____
    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?    ☐ Yes ☒ No

    If yes, how much? $ _____
    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    I AM INCARCERATED

13. Identify the city and state of your legal residence. EL PASO, TEXAS

    Your daytime phone number: NA — INCARCERATED
    Your age: 59   Your years of schooling: 16
    Last four digits of your social-security number: 1657

# Inmate Statement



| | |  | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 62890066 | | **Current Institution:** | El Paso FPC |
| **Inmate Name:** | ARDEN, REIDAR | | **Housing Unit:** | ELP-S-C |
| **Report Date:** | 03/25/2013 | | **Living Quarters:** | S03-110L |
| **Report Time:** | 3:42:38 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ELP | 3/14/2013 6:19:58 AM | 6 | | | Sales | $0.00 | | $103.26 |
| ELP | 3/12/2013 8:40:14 AM | MJV0152 | | | Photo Copies | ($5.33) | | $103.26 |
| ELP | 3/11/2013 10:08:20 AM | MFRP0313 | | | FRP Quarterly Pymt | ($25.00) | | $108.59 |
| ELP | 3/11/2013 10:08:03 AM | MIPP0213 | | | Payroll - IPP | $38.57 | | $133.59 |
| ELP | 3/5/2013 12:37:19 PM | 173 | | | BP 199 Request - Released | | $5.00 | -------- |
| ELP | 3/5/2013 12:37:19 PM | 173 | 5179 | | Court Fees | ($5.00) | | $95.02 |
| ELP | 2/28/2013 11:39:14 AM | 48 | | | Sales | $0.00 | | $100.02 |
| ELP | 2/21/2013 6:58:11 AM | TFN0221 | | | Phone Withdrawal | ($10.00) | | $100.02 |
| ELP | 2/20/2013 7:31:02 PM | TFN0220 | | | Phone Withdrawal | ($2.00) | | $110.02 |
| ELP | 2/13/2013 10:01:34 AM | MJV0152 | | | Photo Copies | ($10.40) | | $112.02 |
| ELP | 2/11/2013 4:52:07 PM | TFN0211 | | | Phone Withdrawal | ($5.00) | | $122.42 |
| ELP | 2/11/2013 10:01:05 AM | TL0211 | | | TRUL Withdrawal | ($5.00) | | $127.42 |
| ELP | 2/10/2013 8:22:19 AM | 173 | | | BP 199 Request | | ($5.00) | -------- |
| ELP | 2/8/2013 7:41:20 PM | TL0208 | | | TRUL Withdrawal | ($5.00) | | $132.42 |
| ELP | 2/8/2013 4:51:59 PM | MIPP0113 | | | Payroll - IPP | $45.63 | | $137.42 |
| ELP | 1/24/2013 7:59:05 AM | TFN0124 | | | Phone Withdrawal | ($2.00) | | $91.79 |
| ELP | 1/24/2013 7:47:16 AM | TL0124 | | | TRUL Withdrawal | ($2.00) | | $93.79 |
| ELP | 1/23/2013 8:34:02 AM | TL0123 | | | TRUL Withdrawal | ($2.00) | | $95.79 |
| ELP | 1/18/2013 2:35:33 PM | TL0118 | | | TRUL Withdrawal | ($2.00) | | $97.79 |
| ELP | 1/18/2013 2:24:23 PM | 150 | | | SPO | | ($91.55) | -------- |
| ELP | 1/16/2013 8:24:39 PM | TFN0116 | | | Phone Withdrawal | ($1.00) | | $99.79 |
| ELP | 1/10/2013 11:58:37 AM | TL0110 | | | TRUL Withdrawal | ($2.00) | | $100.79 |
| ELP | 1/10/2013 11:36:29 AM | MIPP1212 | | | Payroll - IPP | $50.72 | | $102.79 |
| ELP | 1/10/2013 6:37:30 AM | 18 | | | Sales | ($6.00) | | $52.07 |
| ELP | 1/8/2013 1:11:01 PM | TL0108 | | | TRUL Withdrawal | ($2.00) | | $58.07 |
| ELP | 1/3/2013 6:33:00 AM | 101 | | | SPO - Released | | $160.30 | -------- |
| ELP | 1/3/2013 6:33:00 AM | 14 | | | Sales | ($187.80) | | $60.07 |
| ELP | 1/1/2013 12:51:36 PM | TFN0101 | | | Phone Withdrawal | ($3.00) | | $247.87 |
| ELP | 12/25/2012 1:00:08 PM | TFN1225 | | | Phone Withdrawal | ($4.00) | | $250.87 |
| ELP | 12/19/2012 9:29:05 AM | MJV0152 | | | Photo Copies | ($5.59) | | $254.87 |
| ELP | 12/19/2012 8:23:10 AM | 108 | | | BP 199 Request - Released | | $23.65 | -------- |
| ELP | 12/19/2012 8:23:10 AM | 108 | 5097 | | Education Material | ($23.65) | | $260.46 |
| ELP | 12/18/2012 6:16:18 AM | 7 | | | Sales | ($54.20) | | $284.11 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ELP | 8/8/2012 2:03:39 PM | 33312221 | | Western Union | $200.00 | | $270.30 |
| ELP | 8/8/2012 9:07:42 AM | LIPP0712 | | Payroll - IPP | $5.88 | | $70.30 |
| ELP | 8/5/2012 8:24:00 AM | TL0805 | | TRUL Withdrawal | ($5.00) | | $64.42 |
| ELP | 8/3/2012 1:54:12 PM | TL0803 | | TRUL Withdrawal | ($2.00) | | $69.42 |
| ELP | 8/3/2012 8:10:44 AM | 370 | | SPO | | ($60.65) | -------- |
| ELP | 7/24/2012 12:51:46 PM | TL0724 | | TRUL Withdrawal | ($2.00) | | $71.42 |
| ELP | 7/13/2012 8:00:40 PM | TL0713 | | TRUL Withdrawal | ($2.00) | | $73.42 |
| ELP | 7/9/2012 8:19:26 PM | TL0709 | | TRUL Withdrawal | ($2.00) | | $75.42 |
| ELP | 7/7/2012 11:51:45 AM | TFN0707 | | Phone Withdrawal | ($1.00) | | $77.42 |
| ELP | 7/7/2012 8:29:23 AM | TFN0707 | | Phone Withdrawal | ($1.00) | | $78.42 |
| ELP | 7/7/2012 7:25:39 AM | TL0707 | | TRUL Withdrawal | ($2.00) | | $79.42 |
| ELP | 7/5/2012 3:11:58 PM | LIPP0612 | | Payroll - IPP | $16.80 | | $81.42 |
| ELP | 6/29/2012 6:57:12 AM | TFN0629 | | Phone Withdrawal | ($2.00) | | $64.62 |
| ELP | 6/29/2012 6:54:53 AM | TFN0629 | | Phone Withdrawal | ($1.00) | | $66.62 |

12

Total Transactions: 97

Totals: $35.64 ($91.55)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ELP | $11.71 | $0.00 | $0.00 | $91.55 | $0.00 | $0.00 | $0.00 | $103.26 |
| Totals: | $11.71 | $0.00 | $0.00 | $91.55 | $0.00 | $0.00 | $0.00 | $103.26 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Nationl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

PRO_SE_LAW_CLERK

## U.S. District Court [LIVE]
### Western District of Texas (El Paso)
### CIVIL DOCKET FOR CASE #: 3:13-cv-00177-FM

# Internal Use Only

Arden v. United States of America  
Assigned to: Judge Frank Montalvo  
Cause: 05:552 Freedom of Information Act  

Date Filed: 05/08/2013  
Jury Demand: None  
Nature of Suit: 895 Freedom of Information Act  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

**Reidar Carroll Arden**　　　　　　　　　represented by **Reidar Carroll Arden**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　#62890-066  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　LA TUNA - FCI  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Inmate Mail/Parcels  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 6000  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANTHONY, TX 88021  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2013 | 1 | MOTION to Proceed in forma pauperis by Reidar Carroll Arden. (Attachments: # 1 Complaint)(da) (Entered: 05/30/2013) |
| 05/08/2013 |  | (Court only) ***Set/Clear Flags (da) (Entered: 05/30/2013) |
| 05/08/2013 |  | If ordered by the court, all referrals will be assigned to Magistrate Judge Castaneda (da) (Entered: 05/30/2013) |
| 06/13/2013 | 2 | MOTION To Add Kimberly Cox as a Defendant by Reidar Carroll Arden. (Attachments: # 1 envelope)(jg1) (Entered: 06/17/2013) |
| 06/18/2013 | 3 | TRANSFER ORDER re 1 MOTION to Proceed in forma pauperis filed by Reidar Carroll Arden. Signed by Judge Frank Montalvo. (jg1) (Entered: 06/19/2013) |

A true copy of the original, I certify.  
Clerk, U. S. District Court

By _____  
　　　　　　　　　Deputy

CLOSED

## U.S. District Court [LIVE]
## Western District of Texas (El Paso)
### CIVIL DOCKET FOR CASE #: 3:13-cv-00177-FM

Arden v. United States of America
Assigned to: Judge Frank Montalvo
Cause: 05:552 Freedom of Information Act

Date Filed: 05/08/2013
Date Terminated: 06/19/2013
Jury Demand: None
Nature of Suit: 895 Freedom of Information Act
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Reidar Carroll Arden**  represented by **Reidar Carroll Arden**
#62890-066
LA TUNA - FCI
Inmate Mail/Parcels
P.O. BOX 6000
ANTHONY, TX 88021
PRO SE

V.

**Defendant**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2013 | 1 | MOTION to Proceed in forma pauperis by Reidar Carroll Arden. (Attachments: # 1 Complaint)(da) (Entered: 05/30/2013) |
| 05/08/2013 |  | If ordered by the court, all referrals will be assigned to Magistrate Judge Castaneda (da) (Entered: 05/30/2013) |
| 06/13/2013 | 2 | MOTION To Add Kimberly Cox as a Defendant by Reidar Carroll Arden. (Attachments: # 1 envelope)(jg1) (Entered: 06/17/2013) |
| 06/18/2013 | 3 | TRANSFER ORDER re 1 MOTION to Proceed in forma pauperis filed by Reidar Carroll Arden. Signed by Judge Frank Montalvo. (jg1) (Entered: 06/19/2013) |
| 06/19/2013 | 4 | Case transferred to Eastern District of Pennsylvania; (jg1) (tr). (Entered: 06/19/2013) |
| 06/20/2013 | 5 | Certified Mail Receipt of 3 Order (jg1) (Entered: 06/21/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/25/2013 08:19:28 | | | |
| PACER Login: | us4447 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:13-cv-00177-FM |
| Billable Pages: | 1 | Cost: | 0.10 |

RB

**13 3657**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: PO Box 6000, Anthony, TX 88021

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____ (Philadelphia)
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐  No☐

Does this case involve multidistrict litigation possibilities?   Yes☐  No☐

RELATED CASE, IF ANY:
Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ✔ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

ARBITRATION CERTIFICATION
*(Check Appropriate Category)*
I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
         Attorney-at-Law         Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: JUN 24 2013   _(signature)_   _____
                     Deputy Clerk        Attorney I.D.#

CIV. 609 (5/2012)

RB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

APPENDIX I

## CASE MANAGEMENT TRACK DESIGNATION FORM

Arden
v.

United States of America

CIVIL ACTION

NO. 13 3657

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
   and Human Services denying plaintiff Social Security Benefits ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
   exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
   commonly referred to as complex and that need special or intense management by
   the court. (See reverse side of this form for a detailed explanation of special
   management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. (x)

_____6/24/13_____  _____  _____
Date                  Deputy Clerk       Attorney for

_____     _____    _____
Telephone          FAX Number         E-Mail Address

(Civ. 660) 10/02