IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REIDAR CARROLL ARDEN** *Plaintiff* | : : : : : : : : | **CIVIL ACTION** **NO. 13-3657** |
| v. | | |
| **UNITED STATES OF AMERICA** *Defendant* | | |

# ORDER

**AND NOW,** this 27th day of June 2014, upon consideration of the *motion for partial dismissal and for summary judgment* filed by Defendant United States of America ("Defendant") [ECF 10], the response in opposition of Plaintiff Reidar Carroll Arden ("Plaintiff") [ECF 12], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff's claims based upon those supplemental requests that were not part of his original FOIA request are dismissed, without prejudice, for failure to exhaust administrative remedies. All remaining claims are dismissed with prejudice.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.